50 A.3d 1254

Demetrius TOLIVER, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Aug. 20, 2012.

474

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2012, the Order of the Commonwealth Court is **AFFIRMED.**